UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
UNITED STATES OF AMERICA
                                   :   19 CR 523 - 2

     -against-                     :   ORDER
                                   :
Jona Perez
                                   :
         Defendant
                                   :
-----------------------------------X

    Naomi Reice Buchwald, United States District Judge:

    ORDERED that the defendant's bail be modified to include mental
health evaluation and treatment as directed by Pretrial Services.

    Dated: New York, New York
        July  13 , 2020

                              SO ORDERED

                              Naomi Reice Buchwald
                              United States District Judge