# JOHN M. BURKE

Attorney at Law

26 Court Street - Suite 2805
Brooklyn, New York  11242
Tel: (718) 875-3707
Fax: (718) 875-0053

April 6, 2021

Honorable Naomi R. Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New, New York 1007

Re: <u>U.S. v. Jona Perez</u>
19-Cr. 523 (NRB)

Dear Judge Buchwald:

    Please find attached a letter written by my client's mother in support of his request for a lenient sentence. I apologize in advance for the poor visibility of the documents.

Sincerely,

s/
JOHN BURKE
Attorney for Jona Perez