# JOHN M. BURKE

Attorney at Law

26 Court Street - Suite 2805
Brooklyn, New York 11242
Tel: (718) 875-3707
Fax: (718) 875-0053

June 22, 2021

Honorable Naomi R. Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *U.S. v. Jona Perez*
19 Cr. 523 (NRB)

Dear Judge Buchwald:

Jona Perez was sentenced on April 12, 2021. I am asking the Court to permit Pretrial Services to return Mr. Perez' passport. I have conferred with the Department of Probation and they have suggested that I make this request.

Thank you for your time and consideration in this matter.

```
Application granted.
SO ORDERED.
```

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated:  New York, New York
        June 28, 2021
```

Sincerely yours,

    /S/

John Burke
Attorney for Jona Perez